**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 06-0366-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Fredy Sarmiento-Marquez, | |
| Defendant. | |

Pending before the Court is defendant Fredy Sarmiento-Marquez's Motion to Continue Trial. (Dkt. 34.) Defendant requests a continuance of the August 1, 2006 trial date because he needs additional time to adequately prepare for trial. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant Sarmiento-Marquez's Motion to Continue Trial pursuant to 18 U.S.C. § 3161(h)(8)(A), and (h)(1)(F). (Dkt. 34.) This Court specifically finds, pursuant to 18 U.S.C. §3161(h)(8)(A), that the ends of justice served by granting a continuance of the trial date outweigh the best interest of the public and the defendant in a speedy trial. This finding is based upon the Court's finding that defense counsel needs more time to adequately prepare for trial. Thus, the failure to grant the requested continuance would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

1  **IT IS FURTHER ORDERED** that the trial date be continued from August 1, 2006
2  to <u>Tuesday, September 5, 2006 at 9:00 a.m.</u> as to all defendants pending trial.
3  **IT IS FURTHER ORDERED VACATING** the status conference scheduled for
4  July 18, 2006 at 3:30 p.m (dkt. 32).
5  **IT IS FURTHER ORDERED** that, as to all defendants pending trial, excludable
6  delay under Title 18 U.S.C. § 3161(h)(8)(A) will commence on July 12, 2006 for a total of
7  56 days.
8  DATED this 12th day of July, 2006.

_____
Stephen M. McNamee
United States District Judge